**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-cv-22534-UU

JORGE LUIS DEL TORO,

    Plaintiff,

v.

PERFORMANCE SPORTS CARS,
INC., *et al.*,

    Defendants.
_____/

**<u>ORDER</u>**

THIS CAUSE is before the Court upon Chief United States Magistrate Judge John J. O'Sullivan's Order Approving Settlement Agreement and Recommending that the Case Be Dismissed With Prejudice. D.E. 22.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On September 30, 2020, Magistrate Judge O'Sullivan issued an order following the settlement conference in this case, which: (1) approved the parties' settlement agreement, including attorney's fees and costs, under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), pursuant to *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982); and (2) recommended that the undersigned dismiss this case with prejudice, while retaining jurisdiction until December 14, 2020 to enforce the terms of the settlement. D.E. 22.

The Court has made a review of the entire file and record herein and agrees with Magistrate Judge O'Sullivan's recommendation. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation (D.E. 22) is RATIFIED, AFFIRMED, and ADOPTED. It is further

ORDERED AND ADJUDGED that this case is HEREBY DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction until **December 14, 2020** to enforce the terms of the settlement. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers, Miami, Florida, this 1st day of October, 2020.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record